# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-1824

_____

United States of America,

*Plaintiff - Appellee,*

v.

Bradley E. Turner,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: September 4, 2019
Filed: September 9, 2019
[Unpublished]

_____

Before COLLOTON, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Bradley Turner appeals after the district court[1] revoked his supervised release and sentenced him within the calculated Guidelines range.  His counsel has filed a brief challenging the reasonableness of the sentence and seeking to withdraw.

We conclude that the district court imposed a substantively reasonable revocation sentence, as there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors.  *See United States v. McGhee*, 869 F.3d 703, 705 (8th Cir. 2017) (per curiam) (substantive reasonableness of revocation sentence is reviewed under same abuse-of-discretion standard applied to initial sentencing decisions); *United States v. Feemster*, 572 F.3d 455, 461–62 (8th Cir. 2009) (en banc) (discussing substantive reasonableness).  Accordingly, we affirm the judgment, and we grant counsel permission to withdraw.

_____

---

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.